

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Missouri*

FILED

MAY 10 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

---

*HAL GOLDSMITH*
*Assistant United States Attorney*

*Thomas F. Eagleton U.S. Courthouse*   Telephone: *(314) 539-2200*
*111 S. 10th Street, Rm. 20.333*            Fax: *(314) 539-2777*
*St. Louis, MO 63102*

May 10, 2019

Mr. Gregory J. Linhares, Clerk
United States District Court
111 S. 10th Street
St. Louis, MO 63102

RECEIVED

MAY 10 2019

U.S. District Court
Eastern District of MO

    **Re:**    **United States v. John Rallo**
              **4:19-cr-00367-ERW-JMB**

Mr. Linhares:

The indictment above returned by the United States Grand Jury in the above captioned case on May 9, 2019, was ordered suppressed pending the apprehension of the defendant named herein.

We are now informed that the indictment regarding the above defendant is no longer in need of being suppressed, therefore, the suppression of the indictment may be lifted. It is, therefore, directed that such be done.

Very truly yours,

REGINALD HARRIS
Attorney for the United States
Acting Under Authority Conferred by
28 U.S.C. Section 515

HAL GOLDSMITH, #32984MO
Assistant United States Attorney