UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 19-CR-00367 |
| JOHN RALLO, | ) ) ) |
| Defendant. | ) |

## MOTION TO CONTINUE

COMES NOW Defendant, by and through his attorney, John P. Rogers, and respectfully requests a continuance of the deadline for Pre-Trial Motions in above-styled cause from June 26, 2019 an additional forty-five (45) days for the reason that the Defendant needs additional time to review discovery.

Respectfully submitted,

ROGERS SEVASTIANOS & BANTE, LLP

By: _____/s/ John P. Rogers_____
JOHN P. ROGERS, #38743MO
Attorney for Defendant
120 S. Central Avenue, Suite 160
Clayton, Missouri 63105
(314) 354-8484/Facsimile (314) 354-8271
jrogers@rsblawfirm.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 19-CR-00367 |
| | ) |
| JOHN RALLO, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2019, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Hal Goldsmith, assistant United States attorney.

**Motion to Continue**

Respectfully submitted,

ROGERS SEVASTIANOS & BANTE, LLP

By:  */s/ John P. Rogers*
JOHN P. ROGERS, #38743MO
Attorney for Defendant
120 S. Central Avenue, Suite 160
Clayton, Missouri 63105
(314) 354-8484/Facsimile (314) 354-8271
jrogers@rsblawfirm.com