UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 19-CR-00367 |
| | ) |
| JOHN RALLO, | ) |
| | ) |
| Defendant. | ) |

**WAIVER OF FILING PRETRIAL MOTIONS**

COMES NOW Defendant, John Rallo, by and through counsel, and states that no motions will be filed in the above-styled cause for the following reasons:

a. There are no issues that defendant wishes to raise by way of pretrial motions;

b. Counsel has personally discussed this matter with the defendant; and

c. Defendant agrees and concurs in the decision not to raise any issues by way of pretrial motions.

Respectfully submitted,

ROGERS SEVASTIANOS & BANTE, LLP

By: _____/s/ John P. Rogers_____
JOHN P. ROGERS, #38743MO
Attorney for Defendant
120 S. Central Avenue, Suite 160
Clayton, Missouri 63105
(314) 354-8484/Facsimile (314) 354-8271
jrogers@rsblawfirm.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 25, 2019, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Hal Goldsmith, assistant United States attorney.