UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 19-CR-00367 ) |
| JOHN RALLO, | ) ) |
| Defendant. | ) |

### NOTICE OF INTENT TO REQUEST BELOW-GUIDELINES SENTENCE

COMES NOW Defendant, John Rallo, by and through counsel, and provides written notice that he intends to request below the low-end of the sentencing guidelines in the above-styled case. The basis of this request will be outlined in Defendant's forthcoming Sentencing Memorandum.

Dated: September 17, 2019          Respectfully Submitted,

ROGERS SEVASTIANOS & BANTE, LLP

By:     /S/ John P. Rogers
JOHN P. ROGERS, 38743MO
120 S. Central Avenue, Suite 160
Clayton, Missouri 63105
(314) 354-8484
Facsimile (314) 354-8271
jrogers@rsblawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2019, the foregoing was electronically filed with the Clerk of the Court to Mr. Hal Goldsmith, assistant United States attorney.