UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 19-CR-00367 ) |
| JOHN RALLO, | ) ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

COMES NOW Defendant, John Rallo, by and through counsel, and hereby moves this Court for leave to file his Motion to Continue under seal. In support of this motion, Defendant states as follows:

1. Defendant's motion to continue contains privileged and confidential information not ordinarily available to the public.

WHEREFORE, Defendant respectfully requests this Honorable Court grant him leave to file his Motion to Continue under seal.

Respectfully submitted,

ROGERS SEVASTIANOS & BANTE, LLP

By: _/s/ John P. Rogers_
JOHN P. ROGERS, #38743MO
Attorney for Defendant
120 S. Central Avenue, Suite 160
Clayton, Missouri 63105
(314) 354-8484/Facsimile (314) 354-8271
jrogers@rsblawfirm.com

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 10, 2019, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Hal Goldsmith, Assistant United States Attorney.