UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | |
| )  | |
| Plaintiff,  )  | |
| )  | |
| vs.  ) | Case No.: 19-CR-00367 |
| )  | |
| JOHN RALLO,  )  | |
| )  | |
| Defendant.  )  | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW Defendant, John Rallo, by and through counsel, and hereby moves this Court for leave to file his notice of filing under seal.  In support of this motion, Defendant states as follows:

1.  Defendant's notice of filing contains privileged and confidential information not ordinarily available to the public.

WHEREFORE, Defendant respectfully requests this Honorable Court grant him leave to file his notice of filing under seal.

Respectfully submitted,

ROGERS SEVASTIANOS & BANTE, LLP

By:      */s/ John P. Rogers*
    JOHN P. ROGERS, #38743MO
    Attorney for Defendant
    120 S. Central Avenue, Suite 160
    Clayton, Missouri 63105
    (314) 354-8484/Facsimile (314) 354-8271
    jrogers@rsblawfirm.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 10, 2019, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Hal Goldsmith, Assistant United States Attorney.