UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 19-CR-00367 |
| | ) |
| JOHN RALLO, | ) |
| | ) |
| Defendant. | ) |

## **MOTION TO CONTINUE**

COMES NOW Defendant, by and through his attorney, John P. Rogers, and respectfully requests a continuance of the Sentencing Hearing set on Tuesday, December 3, 2019 for the reason that undersigned counsel will be out of town the entire week of December 2nd. Undersigned counsel is available for the Sentencing Hearing the week of November 25th or the week of December 9th.

                                          Respectfully submitted,

                                          ROGERS SEVASTIANOS & BANTE, LLP

By:      */s/ John P. Rogers*
          JOHN P. ROGERS, #38743MO
          Attorney for Defendant
          120 S. Central Avenue, Suite 160
          Clayton, Missouri 63105
          (314) 354-8484/Facsimile (314) 354-8271
          jrogers@rsblawfirm.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 19-CR-00367 |
| | ) |
| JOHN RALLO, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2019, the foregoing was electronically filed with the Clerk of the Court to be served by CM/ECF upon Mr. Hal Goldsmith, assistant United States attorney.

**Motion to Continue**

Respectfully submitted,

ROGERS SEVASTIANOS & BANTE, LLP

By:  */s/ John P. Rogers*
JOHN P. ROGERS, #38743MO
Attorney for Defendant
120 S. Central Avenue, Suite 160
Clayton, Missouri 63105
(314) 354-8484/Facsimile (314) 354-8271
jrogers@rsblawfirm.com