

**The Simon Law Firm, P.C.**
*Attorneys and Counselors at Law*

Anthony G. Simon

February 11, 2020

*Via Facsimile and U.S. Mail*
Honorable E. Richard Webber
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO 63102
Fax: (314) 244-7469

Re:   **John Rallo**

Judge Webber:

I am writing this letter on behalf of John Rallo, who is scheduled to be sentenced by you on March 5, 2020. I have known John and his family for many years. I coached John's son in soccer when they were members of our church, St. Joseph's in Manchester, before they moved to another parish. My family is also close friends with John's sister and parents. Through these relationships, I have come to know John very well.

I know that John truly regrets the mistakes he made and is ready to do what is necessary to make things right. I know that John sincerely regrets any harm he caused and that he is very remorseful. I know from my personal interactions with John and his family that he is a charitable and loving family man. I, like all of his friends and family, hope that Your Honor will consider the totality of John's actions throughout his life rather than only his regrettable worst day in determining the proper sentence and would hope you can consider an alternative to incarceration when sentencing John.

Thank you very much.

Sincerely,

Anthony G. Simon

AGS/ajh




www.simonlawpc.com