UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19 CR 00367 ERW ) |
| JOHN RALLO, | ) ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO FILE UNDER SEAL

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Hal Goldsmith, Assistant United States Attorney for said District, and hereby moves this Court to file its Motion under Seal.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*s/Hal Goldsmith*
HAL GOLDSMITH, 32984MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record in this case.

                                    */s/ Hal Goldsmith*
                                    HAL GOLDSMITH, 32984MO
                                    Assistant United States Attorney