# Exhibit A

**From:** Randall Pass <rpass@bop.gov>
**Sent:** Saturday, July 11, 2020 1:27 PM
**To:** Tracy Knutson <tknutson@bop.gov>
**Cc:** Mandie Bagwell <mbagwell@bop.gov>
**Subject:** Fwd: RE: 4:19-CR-367-ERW. U.S. v. John Rallo

I have not yet met this inmate -- I will see him after he gets out of COVID quarantine.

On review of the records, it appears he had thyroid gland removed last fall, and has had follow-up with his ENT doc at least twice since then. At the most recent visit, in late February, all was reported as well, and 6 month follow-up, with labs and a thyroid ultrasound at that time, was all that was recommended.

We have already checked labs, and will continue to do so. The thyroid ultrasound will also be obtained as recommended.

There is no reason we cannot provide all necessary care for this inmate.

Randall Pass, MD

1