RE: JOHN G. RALLO   48995-044
CASE #: 4:19-CR-00367 ERW

AUGUST 15, 2020

RECEIVED AUG 14 2020 BY MAIL

FILED AUG 14 2020 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS

DEAR HONORABLE JUDGE WEBBER,

I AM WRITING YOU TO REQUEST RELEASE TO HOME CONFINEMENT UNDER THE CARES ACT. I AM CONCERNED FOR MY HEALTH AS IT RELATES TO COVID-19. THE CONDITIONS HERE AT MARION HAVE BEEN LESS THAN IDEAL TO PROTECT THE INMATES FROM CONTRACTING THE VIRUS. 106 OUT OF 126 INMATES HAVE TESTED POSITIVE INCLUDING ME. WE HAVE BEEN ON LOCKDOWN FOR THE LAST 3 WEEKS LIVING WITH OTHERS INFECTED. MY BUNK MATE TYWON DAVIS DIED LAST WEDNESDAY AND DIDN'T NEED TO, HE SHOULD HAVE BEEN REMOVED FROM THE UNHEALTHY SITUATION WEEKS BEFORE HIS DEATH. WHICH BRINGS ME TO MY CONCERN, WITH MY THYROID CANCER DIAGNOSIS AND MY BLOOD DISORDER (MTHFR) I AM IMMUNOCOMPROMISED AND AT A MUCH HIGHER RISK FOR SERIOUS COMPLICATIONS OR EVEN DEATH. NO ONE DESERVES TO BE PUT IN HARMS WAY & EXPOSED TO COVID-19. AS I HAVE BEEN FOR THE LAST SEVERAL WEEKS. MY FIRST 24 DAYS WERE IN SOLITARY CONFINEMENT IN A 7' x 9' CELL W/ NO AIR CONDITIONING AND WAS ONLY LET OUT TO SHOWER ON TUESDAYS, THURSDAYS & SUNDAY AND MOST OF THE TIME WE WERE NOT EVEN PROVIDED WITH SOAP TO WASH WITH. IN ADDIT

I AM NON VIOLENT AND POSE NO RISK TO MY COMMUNITY - I HAVE NEVER BEEN IN TROUBLE ONE DAY IN MY LIFE PRIOR TO THIS AND HAVE BEEN AN EXEMPLARY INMATE WHILE IN PRISON.

MY HOME PLAN IS TO BESIDE WITH MY WIFE JAIMIE RALLO & MY 2 YOUNGEST CHILDREN JOHN T. RALLO ^12 & JOHANNA RALLO ^11 IN SALT LAKE CITY (7433 S. 3500 E., SALT LAKE CITY, UT 84121). I ALSO HAVE THE ABILITY TO WORK IF PERMITTED.

JUDGE WEBBER, I WOULD LIKE TO MAKE IT VERY CLEAR THAT I AM IN NO WAY ASKING FOR A REDUCTION IN MY SENTENCE, I WOULD JUST LIKE TO COMPLETE IT IN A MUCH SAFER ENVIRONMENT WHERE I DONT HAVE TO WORRY ABOUT POSSIBLE COMPLICATIONS OR EVEN DEATH! IT WAS VERY TROUBLING TO HAVE SOMEONE IN MY DIRECT LIVING AREA TO PASS AWAY - I DONT WANT THE SAME FATE AND MY CHILDREN NEED THEIR FATHER.

I THANK YOU IN ADVANCE FOR YOUR CONSIDERATION TO MY REQUEST FOR HOME CONFINEMENT.

MOST SINCERELY,

JOHN RALLO  48995-044
- SATELLITE CAMP

USP MARION
SATELLITE CAMP
JOHN RALLO 48995-044
P.O. BOX 1000
MARION, IL 62959



SAINT LOUIS MO 630
12 AUG 2020 PM 5 L

RECEIVED
AUG 14 2020
BY MAIL

HONORABLE E. RICHARD WEBBER
U.S. DISTRICT COURT
EASTERN DISTRICT COURT OF MO
111 S. 10TH STREET
SUITE 8.182
ST. LOUIS, MO 63102

63102-112599