RECEIVED
SEP 08 2020
BY MAIL

RE: JOHN RALLO                                     8/30/20
CASE #: 4:19-CR-00367 ERW

DEAR HONORABLE JUDGE WEBBER,

I DID NOT WANT TO HAVE TO WRITE THIS LETTER, HOWEVER WHEN THERE ARE MISTRUTHS THAT ARE STATED IN THE MEDIA ABOUT MY BEING SICK, I FELT IT NECESSARY TO SET THE RECORD STRAIGHT ESPECIALLY BECAUSE I THINK ITS IMPORTANT FOR YOU TO KNOW THE FACTS BEFORE YOU MAKE YOUR DECISION AS TO MY REQUEST FOR HOME CONFINEMENT.

ON WED 7/29/20, THE DAY TYSON DAVIS TESTED POSITIVE FOR COVID-19, I BEGAN TO EXPERIENCE MILD SYMPTOMS. BY THURS 7/30 I WAS BED RIDDEN WITH SEVERE CHILLS, NAUSEA AND SHORTNESS OF BREATH THAT MADE IT VERY DIFFICULT TO BREATH. THAT EVENING I CAME CLOSE TO HAVING SOMEONE CALL FOR AN AMBULANCE. THIS FEELING LASTED THRU FRI 7/31. BY SAT 8/1 THE CHILLS AND NAUSEA HAD SUBSIDED, HOWEVER THE SHORTNESS OF BREATH REMAINED, AT TIMES IT FELT AS THOUGH I WERE HAVING A HEART ATTACK... VERY SCARY TO SAY THE VERY LEAST. THE NURSES AT THE CAMP WOULD COME AROUND AT 7AM EVERY MORNING AND TAKE OUR TEMPERATURES & ASK IF WE HAD ANY SYMPTOMS, THE ANSWER FOR MYSELF AND THE OTHERS THAT WERE OBVIOUSLY SICK AS WELL WAS ALWAYS NO! BECAUSE YOU KNEW THAT IF YOU MENTIONED HOW YOU REALLY FELT YOU WOULD HAVE BEEN TESTED, AND I KNEW I WOULD BE POSITIVE FOR COVID-19. THE REASON FOR THIS WAS TO AVOID BEING SENT BACK TO ISOLATION IN THE SAME UNIT & UNDER THE

same conditions as my first 24 days, a 7'x9' room with no air conditioning & poor ventilation and a concrete slab for a bed - there was no way I was ever going back there! I figured it was just as easy to be sick in the dorm at the camp, in more comfort, with air conditioning and not being trapped in a small room.

By this time it was apparent that many on my floor were sick, you could hear people coughing & sneezing all night long, hence the large # of positive cases on 8/2/20. Another thing that I would like to say is that I think its very unfair for the prosecution to continue to use the media as their mouth piece, most of the time its very one sided and they often mishandle the truth. Why they find me so interesting is perplexing. All I am trying to do is serve my time, but would like to do it in an environment that doesnt put my life at risk.

Your Honor, my biggest fear is that there will be another outbreak, especially with the BOP now bringing in new inmates. If this does occur, I have a significant fear for my health & potentially my life. Having Covid was a horrible experience that I dont want to have to go thru again. I have a loving family that needs me... I dont deserve a death sentence.

I ONCE AGAIN THANK YOU FOR CONSIDERING ME FOR HOME CONFINEMENT.

MOST SINCERLY,

JOHN G. RALLO



John Rallo 48995-044
USP Marion
Satellite Camp
PO Box 1000
Marion, IL 62959

SAINT LOUIS MO 630
2 SEP 2020 PM 9 L

RECEIVED
SEP 0 8 2020
BY MAIL

Honorable E. Richard Webber
U.S. District Court
Eastern District Court of MO
111 S. 10th Street
Suite 8.182
St. Louis, MO 63102

63102-112894