UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) NO. 4:19 CR 00367 ERW |
| JOHN RALLO, | ) ) ) |
| Defendant. | ) ) |

## GOVERNMENT'S MOTION TO FILE UNDER SEAL

COMES NOW the United States of America, by and through Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Hal Goldsmith, Assistant United States Attorney for the Eastern District of Missouri, and hereby moves this Court to file its document under seal.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney


*/s/ Hal Goldsmith*
HAL GOLDSMITH #32984(MO)
Assistant United States Attorney
111 S. 10th Street, Room 20.331
St. Louis, Missouri  63102
(314) 539-2200

## CERTIFICATE OF SERVICE

      I hereby certify that on September 9, 2020, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                           */s/ Hal Goldsmith*
                                           HAL GOLDSMITH, #32984(MO)
                                           Assistant United States Attorney